IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**RAY FLOYD GARCIA, JR.,**

    **Plaintiff,**

    **v.**       **CASE NO. 24-3008-JWL**

**CENTURION, et al.,**

    **Defendants.**

## MEMORANDUM AND ORDER

This matter comes now before the Court on Plaintiff Ray Floyd Garcia, Jr.'s motion to dismiss. (Doc. 6.) After reviewing the motion, the Court concludes that this matter should be dismissed without prejudice.

**IT IS THEREFORE ORDERED THAT** Plaintiff's motion to dismiss (Doc. 6) is **granted** and this matter is **dismissed without prejudice.**

.

**IT IS SO ORDERED**.

Dated on this 20th day of February, 2024, in Kansas City, Kansas.

                                                     s/ John W. Lungstrum
                                                   John W. Lungstrum
                                                   United States District Judge